UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

LOGICAL MEDIA NETWORK INC.,

        Plaintiff,

        -against-

CENTERPOINT MEDIA LLC, PAUL ROBERTS and RENE RAPP,

        Defendants.
------------------------------------------------------------ X

Civil Action No. 13 CV 4177

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Defendants in the above-captioned matter. I certify that I am admitted to practice in this court.

Dated: New York, New York
       June 25, 2013

Respectfully submitted,

**Klein Moynihan Turco LLP**

John Greene (JG-4911)

450 Seventh Avenue, 40th Floor
New York, New York 10123
Tel. (212) 246-0900
Fax (212) 216-9559
jgreene@kleinmoynihan.com
Attorneys for Defendant

{00115905;1}