UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

LOGICAL MEDIA NETWORK INC.  Plaintiff,   Case No. 13-CV-4177

-against-

CENTERPOINT MEDIA LLC, PAUL
ROBERTS and RENE RAPP    Defendant.
-------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending   [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### JOHN E. GREENE
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JG 4911   My State Bar Number is 4161139

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Klein Zelman Rothermel LLP
            FIRM ADDRESS: 485 Madison Avenue
            FIRM TELEPHONE NUMBER: 212-935-6020
            FIRM FAX NUMBER:

NEW FIRM:   FIRM NAME: Klein Moynihan Turco LLP
            FIRM ADDRESS: 450 Seventh Avenue
            FIRM TELEPHONE NUMBER: 212-246-0900
            FIRM FAX NUMBER: 212-216-9559

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: June 25, 2013

ATTORNEY'S SIGNATURE