UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOGICAL MEDIA NETWORK INC., ,<br><br>                Plaintiff,<br><br>        v.<br><br>CENTERPOINT MEDIA LLC, PAUL ROBERTS and RENE RAPP,<br><br>                Defendants. | CASE NO. 13-CV-4177<br><br>**AFFIDAVIT OF RENE RAPP IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE** |

STATE OF:              )
                       ) ss:
COUNTY OF:             )

RENE RAPP, being duly sworn, deposes and says:

1. I am one of the defendants in this matter. I am over the age of eighteen years, and competent to testify. I testify from personal knowledge.

2. I am a former contractor of Logical Media who worked on the technical aspects of Logical Media's operation. I set up accounts and resolved customer service and other technical issues.

3. I left employment with Logical Media on November 15, 2012. I left after Logical Media cut my work hours and pay. Logical Media knew that I would be working in the affiliate marketing industry after I left, and offered to help me find new employment, including agreeing to let me attend an industry trade show while still employed at Logical Media for the purpose of looking for prospective employers, and offering to provide any recommendation I needed.

4. I returned all of Logical Media's property, and kept none of Logical Media's confidential or proprietary information. I did not take a "Client List" or any list of contacts or information. If Logical Media has any trade secrets, they are not known to me. The relationships I maintain in this industry were established prior to my affiliation with Logical Media.

5. I began working for CenterPoint on December 17, 2012.

_____
Rene Rapp

Subscribed to and sworn before me this 25 day of June, 2013.

*[signature: Chad Earl Holcomb]*
Notary Public

CHAD EARL HOLCOMB
Notary Public - Seal
State of Indiana
My Commission Expires Nov 29, 2020