UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOGICAL MEDIA NETWORK INC., <br><br> Plaintiff, <br><br> v. <br><br> CENTERPOINT MEDIA, PAUL ROBERTS and RENE RAPP, <br><br> Defendants. | Civil Action No.: 13CV4177 (SAS) <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel certifies that Logical Media Network Inc., is a private non-governmental party and has no corporate parents and no publicly held corporation owns ten (10%) percent or more of its stock.

Dated: New York, New York
June 27, 2013

**LAW OFFICES OF KISHNER & MILLER**

By: _s/ Ryan O. Miller_
Ryan O. Miller (RM-4616)
420 Lexington Avenue, Suite 300
New York, New York 10170
rmiller@kishnerlegal.com
Tel: (212) 585-3425
Fax: (212) 751-1810

Attorneys for Plaintiff