UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOGICAL MEDIA NETWORK INC., , <br><br> Plaintiff, <br><br> v. <br><br> CENTERPOINT MEDIA LLC, PAUL ROBERTS and RENE RAPP, <br><br> Defendants. | CASE NO. 13-CV-4177 <br><br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for all Defendants in the above-captioned matter. I certify that I am admitted to practice in this court.

Dated: New York, New York
　　　　June 27, 2013

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**NEWMAN DU WORS LLP**

　　　　　　　　　　　　　　　　　　　*By:* _____
　　　　　　　　　　　　　　　　　　　John Du Wors
　　　　　　　　　　　　　　　　　　　Newman Du Wors LLP
　　　　　　　　　　　　　　　　　　　1201 Third Avenue, Suite 1600
　　　　　　　　　　　　　　　　　　　Seattle, WA 98101
　　　　　　　　　　　　　　　　　　　duwors@newmanlaw.com
　　　　　　　　　　　　　　　　　　　Tel: (206) 274-2800
　　　　　　　　　　　　　　　　　　　Fax: (206) 274-2801

　　　　　　　　　　　　　　　　　　　Attorney for Defendants