

SENT VIA ECF FILING

December 3, 2013

Honorable Andrew J. Peck
Daniel Patrick Moynihan
United States Courthouse
Courtroom 20D
500 Pearl Street
New York, NY 10007-1312

    Re:    Logical Media Inc. v. CenterPoint Media LLC, et al.,
            No. 13 Civ. 4177 (SAS)(AJP)

Dear Magistrate Judge Peck:

During the scheduling conference held on Monday November 18, 2013, the Court held that it would enter Defendant's proposed protective order if certain revisions were made. Attached is the Defendant's revised proposed protective order incorporating those changes.

Very truly yours,

NEWMAN DU WORS LLP

John Du Wors

cc:    Ryan O. Miller